**Order entered July 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01396-CR**
**No. 05-14-01397-CR**

**JONATHON VILLANUEVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00304-T, F13-41450-T**

## ORDER

The Court **REINSTATES** the appeals.

On June 29, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel requested thirty days from the July 28, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **AUGUST 27, 2015**. No further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    LANA MYERS
       JUSTICE